## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew J. Longworth, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Louisville Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent with the ATF since May of 2022. My duties as a Special Agent include the investigation of criminal violations of Federal Firearms and Narcotics laws. Throughout my law enforcement career I have been involved in numerous investigations related to prohibited persons possessing firearms, persons trafficking firearms and persons distributing controlled substances. I have been involved in the execution of search warrants and arrests resulting from prohibited persons possessing firearms, the distribution of controlled substances, and the concealing of drug related assets.

2. Prior to my employment as an ATF Special Agent, I was employed with the St. Louis County Police Department from June 2017 to May 2022. During this time, I was a state certified police officer and was responsible for patrol activities as well as numerous complex investigations primarily involving firearms and narcotics offenses. I am a graduate of the St. Louis County Municipal Police Academy, as well as the Federal Law Enforcement Training Center and the ATF National Academy. As a result of my two thousand plus hours of training and lived experience as an ATF Special Agent (SA) and

1

police officer, I am familiar with State and Federal criminal laws and investigations of violations therein.

3. I am familiar with the information contained in this affidavit through my own personal participation in the investigation, my review of documents and records, and my conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, I have not included every fact known concerning this investigation. I have, however, set forth a statement of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

4. The United States, including Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and the Louisville Metropolitan Police Department (LMPD), is conducting a criminal investigation of multiple members of the violent street gang Victory Park Crips (hereinafter, "VPC) and the violent street gang Cali to Victory, a subset of VPC, regarding possible violations of federal firearms laws. Specifically, investigators received information that Dacorey HODGES (hereinafter, "HODGES"), who is a validated member of the violent street gang Cali to Victory, and fellow gang members, have been involved in multiple shootings and violent crimes in the Louisville, KY area. Based on criminal records obtained from the California Superior Court Orange County, HODGES has an active felony arrest warrant for the charge of Burglary in Orange County, California that was issued on August 1, 2023 (Court Case 19DL0480). Court documents reveal that HODGES was present at a court hearing in June 2022, with counsel, where he was made aware of the felony charges against him and ordered to return for subsequent court

2

proceedings.  Pursuant to 18 U.S.C. §922(g)(2), these facts taken together make HODGES prohibited from purchasing or possessing firearms under federal law.

5. In addition, the United States, including the ATF and LMPD, are simultaneously conducting an additional criminal investigation of multiple members of the violent street gang known as Jack Gang, regarding possible violations of federal firearms laws. Specifically, investigators received information that Virgil JACKSON (hereinafter, "JACKSON"), who is the proclaimed leader and an active member of Jack Gang, and fellow members, have been involved in multiple shootings and violent crimes in the Louisville, KY area.  Investigators have identified Jack Gang and VPC as separate street gangs, however, both gangs affiliate with each other and often interact with one another. National Integrated Ballistics Identification Network (NIBIN) analysis, law enforcement reports, and intelligence, associate JACKSON with numerous shooting incidents and identify JACKSON as either a suspect and/or victim in eighteen (18) separate incidents. The eighteen (18) NIBIN leads date from October 2020 to September 2023. Due to JACKSON's violent history and his role in the criminal organization, Jack Gang, ATF Agents and LMPD Firearm Intelligence Squad (FIS) Detectives had been attempting to surveil JACKSON means for several weeks.

6. On or about the morning of August 30, 2023 investigators placed a video surveillance camera in the vicinity of the residence of HODGES, located at 3776 Parthenia Avenue, Louisville, KY.  While in the area of the residence on surveillance, your affiant observed a vehicle known to be operated by HODGES leaving the area.  The vehicle is a purple Dodge Charger bearing Kentucky temporary registration C019831.  Later that same day, investigators reviewed recordings from the surveillance camera for August 30, 2023 and

observed that at approximately 5:16pm, HODGES is standing at a purple Dodge Charger holding what appears to be two temporary license plates and what appears to be a tan pistol under his left arm.  HODGES places the pistol in the purple Dodge Charger and walks over to a black Chevrolet Z-71 truck parked on the property of 3776 Parthenia Avenue and places a temporary license plate inside the passenger's door of the truck.

7.  On August 31, 2023, investigators again reviewed video surveillance camera recordings at 3776 Parthenia Avenue, Louisville, KY and observed at 12:29pm HODGES arriving in the purple Dodge Charger.  HODGES exits the driver's door, opens the rear driver's side door and retrieves a large black backpack from the backseat then proceeds towards the residence.  At 6:19pm that same day, HODGES is once again observed arriving in the purple Dodge Charger.  HODGES exits the vehicle and appears to be in possession of two cellular telephones.

8.  On September 4, 2023, at approximately 2:23am, a drive-by shooting occurred at the Waffle House at 2805 Fern Valley Road in Louisville, KY.  A female victim received a gunshot wound to the foot during the shooting.  Investigators were able to review video recordings from the Waffle House surveillance cameras depicting the incident that occurred.  As depicted by the surveillance camera recordings, immediately prior to the shooting, a purple Dodge Charger, consistent with the same purple Dodge Charger regularly observed operated by HODGES and parked at 3776 Parthenia Avenue, was backed into a parking space between two vehicles in front of the entrance to the Waffle House.  Several individuals appeared to be loitering around the purple Dodge Charger. Investigators were able to identify Virgil JACKSON and Dacorey HODGES as two of the individuals near the purple Dodge Charger.  HODGES was dressed in black pants and a

black shirt with a blue design on the back and was wearing several gold chains around his neck.  JACKSON was wearing a light-colored t-shirt and blue gym shorts. As a vehicle drove past on the road that appeared to be 30-40 yards away from the parking area, the video depicted the loitering individuals fall to the ground and scramble in what appears to be an effort to take cover from gun fire.  HODGES took cover at the rear of the purple Dodge Charger, while JACKSON took cover along the driver-side door panels.  Several seconds passed and the suspect vehicle had clearly departed the area when HODGES and JACKSON were seen pointing what appeared to be pistols toward the roadway.  It appears that HODGES and JACKSON both fired their pistols in the direction of the road.  HODGES and JACKSON then ran into the Waffle House.  Surveillance footage showed both JACKSON and HODGES clearly holding what appeared to be handguns in their right hands as they entered the Waffle House.  HODGES then jumped over several seating booths into the kitchen area of the Waffle House.  JACKSON was also observed jumping over the counter and taking cover in the kitchen area of the Waffle House. Several moments later, HODGES appeared from the exterior side of the Waffle House and got into the driver's seat of the purple Dodge Charger.  JACKSON appeared shortly thereafter and got into the back seat of the purple Dodge Charger.  The vehicle then fled the scene.

9. LMPD Officers responded to 2805 Fern Valley Road (Waffle House) shortly after the shooting, where they located one (1) 9-millimeter fired cartridge casing and eight (8) 10-millimeter fired cartridge casings. The fired cartridge casings were collected and transported to the LMPD Crime Scene Unit (CSU).



*Depicted:  JACKSON, circled in red, taking cover next to the Dodge Charger*



*Depicted: JACKSON entering the Waffle House holding a firearm, circled in red*



*Depicted: JACKSON, circled in red, re-entering the Dodge Charger*



*Depicted: HODGES entering the Waffle House holding a firearm, circled in red*

10. National Integrated Ballistics Identification Network (NIBIN) technicians entered the recovered fired cartridge casings located on scene at the Waffle House into NIBIN, which positively correlated with fired cartridge casings located previously under NIBIN Gun 23-0933. The 10-millimeter fired cartridge casings located at the Waffle House scene matched a 10-millimeter fired cartridge casing that Louisville Metropolitan Department of Corrections (LMDC) Home Incarceration Program (HIP) Officers collected on or about July 5, 2023.

11. On or about July 5, 2023, LMDC HIP conducted a home visit at JACKSON's residence, located at 1409 Lynnhurst Avenue, Apartment 2, Louisville, Kentucky 40215, where JACKSON was on supervised release, and located the one (1) 10-millimeter fired cartridge casing outside of JACKSON's residence. LMDC HIP also collected eight (8) 7.62x39 millimeter fired cartridge casings outside the residence. This information further confirmed Agents' belief that JACKSON was present at the shooting incident.

12. On September 4, 2023, at approximately 0337 hours, approximately one hour after the shooting, law enforcement observed JACKSON through surveillance exiting a purple in color Dodge Charger. JACKSON was then observed walking into his residence, located at 1409 Lynnhurst Avenue, Apartment 2, Louisville, Kentucky 40215. The Dodge Charger appeared to be the same vehicle that Waffle House surveillance footage identified as one of the vehicles involved in the shooting earlier that morning.  Additionally, the Dodge Charger matched the description of the Dodge Charger HODGES has been observed driving, which had been parked at HODGES' residence frequently. When JACKSON exited the Dodge Charger at his residence, surveillance showed JACKSON wearing a light-colored t-shirt and blue gym shorts, as he exited the front passenger seat of the vehicle. JACKSON's clothing matched the clothing observed on the Waffle House surveillance footage.  Further, surveillance showed JACKSON holding a firearm in his right hand as he exited the vehicle.  The firearm appeared to be a pistol, black in color, and appeared to be a similar shape and size as the firearm JACKSON was observed holding inside the Waffle House.  JACKSON then entered the residence with the firearm in hand.  The Dodge Charger then left the location at approximately 0338 hours.



*Depicted: Dodge Charger arriving at JACKSON's residence*



*Depicted: JACKSON, circled in red, exiting the Dodge Charger, returning to JACKSON's residence*



*Depicted:  JACKSON exiting the Dodge Charger holding a black pistol, circled in red, in his right hand.*

13. According to court documents in JACKSON's Jefferson County, Kentucky, Jefferson Circuit Court Case numbers 21CR1433 and 22CR1243, JACKSON is on house arrest with LMDC HIP at 1409 Lynnhurst Avenue, Apartment 2, Louisville, Kentucky 40215. However, at the time of the shooting, JACKSON was on a furlough from his house arrest. As of September 5, 2023, JACKSON's furlough from house arrest ended, and he was placed back on active house arrest again.

14. According to JACKSON's LMDC HIP "Participant Information Form" (pictured below), which was completed by JACKSON on May 25, 2023, JACKSON indicated that he is the sole occupant of the residence. In the documentation obtained by your affiant from the LMDC HIP for JACKSON, there is one other form in which Alanyia Jackson, JACKSON's

mother, (also pictured below) appears to consent to her son residing at the residence located at 1409 Lynnhurst Avenue. There are no indications in the documentation provided to the LMDC HIP by JACKSON that anyone else resides in the residence.

*Aubray*

**Louisville Metro Department of Corrections**
**Home Incarceration Program**
**72 Hour / Notary Form**

CIN
640986

**ALL RESIDENTS 18 YEARS OF AGE OR OLDER NEED TO SIGN THIS FORM IN FRONT OF A NOTARY PUBLIC.**
**THIS FORM MUST BE RETURNED TO THE H.I.P. OFFICE WITHIN 72 HOURS.**

TO: Alanyia  Jackson

FROM: _____ Louisville Metro Department of Corrections – Home Incarceration Program

DATE: 6-4-22

Please be advised that *Virgil Jackson* has been assigned to participate in the Home Incarceration Program as a condition of his/her release. This person has informed us that you are willing to participate and assist him/her in a home placement at your residence.

For the above individual to participate in this program, the participant must have a telephone (cell phones or landline phones are acceptable) in working order so that the program can contact the Participant (24) twenty-four hours a day.

Additionally, participants and household members should limit their telephone conversations on main contact number to duration's of less than 5 minutes so that HIP can reach participant in case of an emergency. Failure to maintain a working contact number or being unavailable or failure to respond to calls in grounds for violation from the program.

Each adult occupant of the residence, pursuant to KRS 532.220(8), must provide the Louisville Metropolitan Department of Corrections with a written and notarized consent agreeing to allow the participant to be present in your home during the period from 6-4 to *release* .

Additionally, each adult shall agree that the adult residents of said dwelling shall hold Metro Louisville and the Louisville Metropolitan Department of Corrections, along with its officers, agents, elected officials, and employees harmless from any and all injury, harm, or damage which your home may sustain as a result of consenting to the above individual's placement in your home, not by any way of limitation, including riot, war crime, natural disaster, negligence or accident.

I/We,  1.) Alanyia Jackson   2.)          3.)

4.)          5.)          6.)

or 1409 Lynnhurst Ave, Louisville, KY Zip 0 40215

Hereby consent to the placement of the above individual in my home. I understand that I may revoke this acceptance at any time by mailing, by certified mail, a Revocation of Acceptance letter to the Director of Corrections, Louisville Metro Department of Corrections, 400 S. 6th Street, Louisville, KY 40202, or personally delivering same to his/her office. I further understand that while an inmate under Home Incarceration is residing in my home, officers or agents of Louisville Metro Department of Corrections may enter and search the premises at any time to determine compliance with rules and regulations of the program. (**Sign in front of a notary below**)

1.) _____   2.) _____   3.) _____

4.) _____   5.) _____   6.) _____

Sworn and subscribed before me _____  by _____
                                    *Notary Signature*         *Home Owner/Lessee*

On this 11 day of June 2022

Printed name of Notary  Reluece D Jones   Telephone # of Notary  502 907-8210

My commission expires on 8·27·2024   # 13791

05-10.01-5

*Depicted: JACKSON's HIP Documentation*

15. Through a review of electronic court documents, ATF confirmed JACKSON to be a convicted felon. Electronic court documents revealed JACKSON plead or was found guilty of the following felony offenses:

    a. Jefferson County Circuit Court Case 22-CR-001243

        i. Receiving Stolen Property – Vehicle – Over $300

        ii. Unlawful Transaction with a Minor – 2nd Degree

    b. Jefferson County Circuit Court Case 21-CR-001433-005

        i. Complicity to Engaging in Organized Crime – Criminal Syndicate

        ii. Complicity to Receiving Stolen Property $10,000 or More

        iii. Complicity to Criminal Mischief, 1st Degree

    c. Oldham County Circuit Court Case 21-CR-00124

        i. Complicity to Receiving Stolen Property $1,000 < $10,000

        ii. Fleeing or Evading Police, 1st Degree (On Foot)

        iii. Two (2) counts of Complicity to Wanton Endangerment – 1st Degree

        iv. Unlawful Transaction with Minor – 2nd Degree

16. Based on the foregoing felony convictions, pursuant to 18 U.S.C. §922(g)(1) JACKSON is prohibited from possessing firearms and/or ammunition.

17. On September 4, 2023, at approximately 3:46am, a review of the recordings from the law enforcement surveillance camera outside 3776 Parthenia Avenue, Louisville, KY reveals the Dodge Charger arrives at the residence and backs into the parking area.  It appears that one individual exits the driver's seat, and a light from a cell phone appears to be moving towards the residence, although it is too dark to identify a particular individual.  Once

daylight occurs, it is clear that the vehicle that parked at 3776 Parthenia Avenue is the same purple Dodge Charger regularly operated by HODGES.







*Depicted:  Several images of the purple Dodge Charger returning to 3776 Parthenia Avenue at approximately 3:46am*

18. On September 4, 2023, at approximately 2:38pm, a review of recordings from the law enforcement surveillance camera outside 3776 Parthenia Avenue, Louisville, KY reveals that HODGES is observed approaching the purple Dodge Charger from the residence. HODGES walks around the vehicle and appears to inspect damage to the driver's side and front of the vehicle.  What appears to be a bullet hole can be seen on the front passenger's quarter panel with what appear to be bullet skips down the side of the passenger's door. HODGES also appears to be carrying a tan colored pistol under his left arm while he is walking around the vehicle.  Review of historical surveillance camera recordings indicates that the bullet hole in the front passenger's quarter panel occurred sometime before August 30, 2023.  Investigators are aware that a dark colored Dodge Charger with a temporary license plate was involved in a separate shooting incident on August 27, 2023 in Louisville, KY.



*Depicted: HODGES walks from the residence to the purple Dodge Charger and appears to inspect possible damage to the front end of the vehicle and appears to be carrying a tan colored pistol under his left arm.*





*Depicted: Several images of HODGES carrying a suspected tan colored pistol, circled in red under, HODGES left arm.*





*Depicted: Several images of HODGES bending down to inspect possible damage to the front end of the Purple Dodge Charger.*

19. On September 6, 2023, at approximately 2:21pm, a review of law enforcement surveillance camera recordings outside of 3776 Parthenia Avenue depicts HODGES walking to the rear parking area of the residence with a full black garbage bag and appears to be clenching an object under his left arm.  HODGES walks out of view of the camera towards the residential garbage can.  HODGES returns to close the gate on a fence between the residence and the parking area, and then removes what appears to be a tan colored pistol from under his left arm.  HODGES carries the firearm to the driver's door of the purple Dodge Charger, enters the vehicle, and departs the area.  Furthermore, HODGES appears to be wearing gold chains around his neck consistent with those HODGES was observed to be wearing on the video surveillance recording of the shooting at the Waffle House.

*Depicted: Image of HODGES holding what appears to be a tan pistol, circled in red*



20. Given the above information, federal search warrants were obtained in the Western District of Kentucky for both JACKSON'S and HODGES' residences, located at 1409 Lynnhurst

Avenue, Apartment 2, Louisville, KY 40215 and 3776 Parthenia Avenue, Louisville, KY 40215, respectively.

21. On September 12, 2023, ATF Agents, with assistance from LMPD Detectives, executed a federal search warrant at Virgil JACKSON's residence, located at 1409 Lynnhurst Avenue, Apartment 2, Louisville, Kentucky 40215.  ATF Special Response Team (SRT) made entry into the residence and encountered Virgil JACKSON, A.J. (JACKSON's mother), and S.L. (JACKSON's child's mother) inside the residence.  JACKSON and his child's mother were both located in the rear bedroom of the residence, while JACKSON's mother, A.J., was located in the doorway of the front bedroom.  All three individuals were detained at the time of entry.

22. Prior to conducting the search, A.J. made several spontaneous utterances stating there was a firearm located inside a backpack in Virgil JACKSON's bedroom that belonged to her. It should be noted, A.J. is a convicted felon, per Jefferson County Circuit Court Case Numbers 05-CR-002179 & 15-CR-001501.

23. ATF Agents and LMPD Detectives conducted a search of the residence, during which Agents located a grey in color backpack underneath the left side of Virgil JACKSON's bed.  Upon opening the backpack, Agents discovered a black in color Glock 29, 10-millimeter, semi-automatic handgun bearing serial number BTHW444, with a 10-millimeter magazine inserted. Additionally, in the same backpack, Agents located an extended Glock 10-millimeter magazine.

24. Recovered from the residence at 1409 Lynnhurst Ave, Apt 2, Louisville, KY were the following items:

- One Dell Laptop

- One White in color iPhone

- One Black in color iPhone

- Glock Model 29, 10-millimeter semi-automatic handgun, bearing serial number BTHW444, with loaded magazine inserted

- One extended Glock 10-millimter magazine

25. ATF SA Matthew Longworth made contact with A.J., who was not in police custody, and inquired about who owned the firearm. Initially, A.J. advised the firearm belonged to her. However, when SA Longworth pointed out the fact that A.J. was a convicted felon and prohibited from possessing a firearm and could be arrested for such violation of federal law, A.J. changed her story and stated she was unsure who the firearm belonged to. Due to A.J.'s unwillingness to cooperate and the fact that she was initially claiming ownership of the recovered firearm, SA Longworth placed A.J. in handcuffs and informed her she was being detained. A.J. immediately changed her story and spontaneously stated the firearm belonged to her son, Virgil JACKSON. SA Longworth then read A.J. her Miranda Rights. A.J. advised she understood her rights and completed and signed the Miranda Warning and Waiver Form indicating the same. SA Longworth again asked A.J. who the firearm located inside the backpack in JACKSON's room belonged to. A.J. confirmed the firearm belonged to her son, Virgil JACKSON. A.J. advised she was aware JACKSON was in possession of the firearm as there are several people trying to kill him and their family and he needs the firearm to protect them. A.J. stated she only lied about owning the firearm to protect her son, as she did not want him to go to jail. This concluded SA Longworth's interview with A.J., and A.J. was subsequently released from custody. The interaction was recorded via LMPD Sergeant Tim Ellyson's body worn camera.

26. LMDC HIP transported JACKSON to corrections and revoked JACKSON's status on HIP. JACKSON was subsequently charged at the State level with Felon in Possession of a Handgun.

27. All seized items from the search warrant were transported to the ATF Louisville Field Office and properly packaged and placed in evidence.  The firearms was transported to LMPD Crime Scene Unit (CSU) for NIBIN testing and DNA processing.

28. Continuing on September 12, 2023, ATF SA Andrew Bledsoe and LMPD Detective Chad Webb, conducted an interview of JACKSON at LMDC. SA Bledsoe advised JACKSON of his Miranda Rights. JACKSON stated he understood his rights and signed a Miranda Warning and Waiver Form. JACKSON stated to interviewers that he and his mother's child stay in the rear bedroom of the residence. SA Bledsoe asked JACKSON about the firearm located in the bedroom. JACKSON admitted to interviewers that the firearm belonged to him. JACKSON stated he purchased the firearm from the "streets". JACKSON refused to provide any additional information and the interview was concluded.

29. On September 12, 2023, the residence at 3776 Parthenia Avenue, Louisville, KY was secured by the LMPD SWAT Team.  Inside the residence at the time the warrant was served were Dacorey HODGES and D.M.. E.R. arrived in his vehicle shortly after LMPD SWAT arrived at the residence.  D.M. was not detained and immediately left the area after providing law enforcement her contact information.

30. Investigators with ATF and LMPD conducted a search of the residence, outbuilding, and a purple Dodge Charger parked at the rear of the residence.  Investigators obtained a written authorization for consent to search a Chevrolet Z-71 pickup truck parked on the property from E.R..  A check of the vehicle registration of the Chevrolet Z-71 pickup truck revealed

that the vehicle is registered to E.R. or A.R.  E.R. called A.R. via cell phone, and A.R. agreed to provide written authorization for consent to search the truck.  Law enforcement officers traveled to A.R.'s place of work, where she voluntarily signed a consent to search form regarding the Chevrolet Z-71 pickup truck.

31. Recovered from the residence at 3776 Parthenia Avenue, Louisville, KY were the following items:

- Glock, Model 19Gen5, 9-millimeter pistol, bearing serial number AFTC689, tan in color with an extended magazine loaded with 27 rounds of 9-millimeter ammunition. The firearm was reported stolen on August 24, 2023 in Louisville, KY.

- FN, Model FNX-4, .45ACP pistol, bearing serial number FX3U023541, tan color frame with black slide loaded with 6 rounds of .45ACP ammunition.

- Glock, Model 19, 9-millimeter pistol bearing serial number BVTV947, black in color with an extended magazine loaded with 28 rounds of 9-millimeter ammunition.

- 14 rounds of assorted ammunition

- One box of 44 rounds of .45 ammunition

- Pistol box for an FN, Model FNX-45 pistol with serial number FX3U023541 containing two empty pistol magazines

32. The purple Dodge Charger bearing temporary license plate C019831 was discovered to be reported stolen out of Michigan in November 2022. The vehicle was subsequently impounded by LMPD.  Recovered from a search of the vehicle was an Apple iPhone, yellow in color bearing an unknown IMEI.

33. The Chevrolet Z-71 pickup truck bearing Kentucky license plate 135PVE was searched pursuant to the signed consent to search.  Recovered from the pickup truck were the following items:

- One empty .40 extended pistol magazine

- One Glock .40 pistol magazine loaded with 13 rounds of .40 ammunition

- One round of .223 ammunition

34. E.R. was advised of his rights under Miranda and stated that none of the firearms that were recovered were his property.  E.R. stated that several days prior he had observed Dacorey HODGES in possession of a black Glock pistol.  E.R. stated that no one else resides in the home other than E.R. and HODGES.  E.R. asked to speak with HODGES.  Investigators walked E.R. to where HODGES was located.  E.R. spoke with HODGES, informed HODGES that three firearms were located inside the residence.  E.R. told HODGES that the firearms were not E.R.'s.  HODGES then voluntarily stated without questioning that the firearms in the residence were his property.  No questions were asked of HODGES. The interaction was recorded via LMPD Detective (Det.) Jonah Kiper's body worn camera.

35. Upon completion of the search, the residence was secured and turned over to E.R.  E.R. was not placed in custody nor cited with any violations of law.

36. HODGES was then transported to LMPD Criminal Interdiction Division (CID) for interview.  Upon arrival to the interview room, HODGES was informed of his rights under Miranda and immediately requested an attorney.  No further questions were asked of HODGES.

37. All property items were taken into custody by ATF.  The three firearms were transported to the LMPD Crime Scene Unit (CSU) for NIBIN testing and DNA processing.

38. Your affiant queried ATF Interstate Nexus Expert SA Shannon Sullivan to determine if the firearms seized in the execution of the above listed two federal search warrants were manufactured in the Commonwealth of Kentucky.  SA Sullivan indicated the firearms were manufactured outside of the Commonwealth of Kentucky and thus affected interstate commerce.

39. Based on the above facts and circumstances, as well as this Affiant's training and experience, Affiant states that there is probable cause to believe that JACKSON has committed violations of Title 18, United States Code, Section 922 (g)(1), felon in possession of a firearm.  Additionally, this Affiant states there is also probable cause to believe that HODGES has committed violations of Title 18, United States Code, Section 922 (g)(2), possession of a firearm by a person who is a fugitive from justice.


_____
Matthew J. Longworth
Special Agent, ATF


Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) on the 12th day of September 2023.


Colin H Lindsay, Magistrate Judge
United States District Court